452 A.2d 36

Smith, Appellant v. Southern Railway Company.
Petition for Allowance of Appeal
Denied May 10, 1983.

Argued February 23, 1982. Allen L. Feingold, for appellant; Richard L. Goerwitz, for appellee.

Before SPAETH, BROSKY and BECK, JJ.

The order of the court is affirmed.